## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MICHAEL FRISON,

                Plaintiff,        COURT FILE NO: 13-cv-1732-DSD-TNL

v.

INTEGRITY SOLUTIONS SERVICES,
INC. and BARB LAHO,

                Defendants.

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT INTEGRITY SOLUTIONS SERVICES, INC.

Defendant Integrity Solutions Services, Inc. ("ISS"), being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

ISS is wholly owned by NARS Secondary Holding Company. Neither ISS nor its parent is a publicly held or traded corporation nor are they owned by a publicly traded corporation.

|  |  |
|---|---|
|  | MOSS & BARNETT<br>A Professional Association |
| Dated:  August 15, 2013 | s/ James R. Bedell<br>Michael S. Poncin (#296417)<br>James R. Bedell (#351544)<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis  MN  55402-4129<br>Telephone:  (612) 877-5000<br>ATTORNEYS FOR DEFENDANT<br>INTEGRITY SOLUTION SERVICES, INC. |

2381566v2